*17*

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

SEP 0 9 1998

Michael N. Milby
Clerk of Court

Michael A. Alay                     §
                                    §
*versus*                            §        CIVIL ACTION   98-49
                                    §
Brownsville Independent             §
School District

## Order Setting Hearing

United States District Court
Southern District of Texas
ENTERED

SEP 1 0 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

1.   A hearing will be held before Judge Hilda G. Tagle on:

          November 5        , 1998

          at    4.00      p. .m.

     Courtroom, Fourth Floor
     United States Court House
     500 East Tenth Street
     Brownsville, Texas  78521.

2.   Each party shall appear by an attorney with (a) full knowledge of the facts and (b)
     authority to bind the client.

3.   The court will decide pending motions, narrow issues, inquire about expected
     motions, and schedule discovery.  Counsel are to consult among themselves about
     these matters well in advance.  *See* Fed. R. Civ. P. 16.

Signed on    September 9        , 1998, at Brownsville, Texas.

                         Hilda G. Tagle
                    United States District Judge