29

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
DEC 0 1 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MICHAEL A. ALEX, § | |
| § | |
| Plaintiff § | |
| § | |
| versus § | CIVIL ACTION B-98-49 |
| § | |
| BROWNSVILLE INDEPENDENT § | |
| SCHOOL DISTRICT, ET AL, § | |
| § | |
| Defendants. § | |

## Order

The court, having been advised by counsel that a stipulation of dismissal (Dkt. No. 26) has been reached, DISMISSES THIS CASE WITH PREJUDICE as to Defendants BRENDA FERNANDEZ, MARGARET COWEN, JOE COLUNGA, JOE L. LOPEZ, JOHN R. WEBER, CARLOS G. GONZALES, JR., CEASAR CISNEROS, and ELIA CORNEJO-LOPEZ, individually and in their official capacities.

SIGNED December 1, 1998 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

ClibPDF - www.fastio.com