35

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 29 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| MICHAEL A. ALEX<br>*Plaintiff* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-49 |
| | § | |
| BROWNSVILLE INDEPENDENT<br>SCHOOL DISTRICT<br>*Defendant* | § | |

## ORDER ON STIPULATION TO ENLARGE TIME FOR PLAINTIFF MICHAEL A. ALEX TO RESPOND TO DEFENDANT'S AMENDED MOTION FOR SUMMARY JUDGMENT

On _____, 199_, the Court considered Plaintiff's and Defendant's stipulation to enlarge time to respond to Defendant's **Amended Motion For Summary Judgment**. After considering the stipulation, the Court

FINDS there is cause to enlarge the time for Plaintiff to respond to Defendant's **Amended Motion For Summary Judgment**. Therefore, the Court GRANTS the request to enlarge time until January 14, 1999, and CONTINUES its prohibition of the initiation of any discovery in this case pending its ruling on Defendant's **Amended Motion For Summary Judgment**.

SIGNED _____, 199_.

_____
U. S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
R. W. Armstrong

_____
Robert Russo

dll/motions - enlarge time #2 - alex/alex, m. a. #98-129