36

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 29 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MICHAEL A. ALEX, | § | |
| Plaintiff | § § § | |
| vs. | § § | CIVIL ACTION NO. B-98-49 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, | § § § | (Jury) |
| Defendant | § § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION FOR PROTECTIVE ORDER**

On this day, the Court considered Brownsville Independent School District's Unopposed Motion for Protective order. After considering the Motion, the Court finds that the said Motion is well taken and should be granted. Therefore, it is hereby

ORDERED that Brownsville Independent School District's Motion for Protective Order be and the same is GRANTED. It is further

ORDERED that Michael A. Alex comply with the following Orders of this Court:

1. Michael A. Alex is not to come onto any Brownsville Independent School District (hereinafter "BISD") campus or administrative office.

2. Michael A. Alex is not to contact or communicate with or cause any other person to contact or communicate with any BISD personnel (including, but not limited to, the Superintendent, deputy superintendents, administrators, principals, teachers and other BISD employees) in any way, including, but not limited to, by personal contact, written contact, verbal contact, contact by mail, contact by computer and contact by telephone, either while these personnel are at school, at home, or any other place, except as permitted below:

    (A)    Michael A. Alex may engage in or offer any social greetings or customary and reasonable pleasantries with any BISD employee he has contact with off BISD property.

    (B)    Any attorney and any employee of any attorney representing Michael Alex in this lawsuit may contact or communicate with any non-managerial BISD personnel necessary in connection with representing Mr. Alex in this litigation. In addition, any attorney and any employee of any attorney representing Michael Alex in this lawsuit may, upon full compliance with the requirements of the Federal Rules of Civil Procedure and Rule 4.02 of the Texas Disciplinary Rules of Professional Conduct, contact or communicate with any managerial BISD personnel necessary in connection with representing Mr. Alex in this litigation.

SIGNED on this the 28 day of December, 1998.

```
_____
HILDA TAGLE,
UNITED STATES DISTRICT JUDGE
```

APPROVED:

```
_____
Mr. Conrad Bodden
R. W. Armstrong & Associates, P.C.
2600 Old Alice Road, Suite A
Brownsville, Texas 78521-1450
COUNSEL FOR PLAINTIFF MICHAEL A. ALEX
```

```
_____
Robert Russo
Walsh, Anderson, Brown,
 Schulze & Aldridge, P.C.
70 NE Loop 410, Suite 800
San Antonio, Texas 78216
(210) 979-6633
COUNSEL FOR DEFENDANT BROWNSVILLE ISD
```

ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION FOR PROTECTIVE ORDER
PAGE 2 OF 2

(A) Michael A. Alex may engage in or offer any social greetings or customary and reasonable pleasantries with any BISD employee he has contact with off BISD property.

(B) Any attorney and any employee of any attorney representing Michael Alex in this lawsuit may contact or communicate with any non-managerial BISD personnel necessary in connection with representing Mr. Alex in this litigation. In addition, any attorney and any employee of any attorney representing Michael Alex in this lawsuit may, upon full compliance with the requirements of the Federal Rules of Civil Procedure and Rule 4.02 of the Texas Disciplinary Rules of Professional Conduct, contact or communicate with any managerial BISD personnel necessary in connection with representing Mr. Alex in this litigation.

SIGNED on this the 28 day of December, 1998.

_____
HILDA TAGLE,
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
Mr. Conrad Bodden
R. W. Armstrong & Associates, P.C.
2600 Old Alice Road, Suite A
Brownsville, Texas 78521-1450
COUNSEL FOR PLAINTIFF MICHAEL A. ALEX

_____
Robert Russo
Walsh, Anderson, Brown,
 Schulze & Aldridge, P.C.
70 NE Loop 410, Suite 800
San Antonio, Texas 78216
(210) 979-6633
COUNSEL FOR DEFENDANT BROWNSVILLE ISD

ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION FOR PROTECTIVE ORDER
PAGE 2 OF 2