IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL A. ALEX, | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. B-98-49 |
| BROWNSVILLE INDEP. SCHOOL DIST., ET AL., | § | |
| Defendants. | § | |

**Order**

BE IT REMEMBERED that on February 9, 1999, the Court considered R. W. Armstrong's motion to withdraw as attorney in charge for Plaintiff Michael A. Alex (Dkt. No. 41). After reviewing the motion, the Court DENIES R. W. Armstrong's motion to withdraw as attorney in charge.

DONE at Brownsville, Texas, this ninth day of February 1999.

_____
Hilda G. Tagle
United States District Judge