44

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

Alex

§
§
§
§
§

*versus*

B.I.S.D.

United States District Court
Southern District of Texas
ENTERED
JUN 0 8 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

CIVIL ACTION B-98-49

# Order Setting Hearing

1. A motion hearing will be held before Judge Hilda G. Tagle on:

   __07 - 16__, 1999

   at __2.30__ __p__.m.

   Courtroom, Third Floor
   United States Courthouse
   600 E. Harrison Street, #306
   Brownsville, Texas 78520.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on __1st June__, 1999, at Brownsville, Texas.

---
Hilda G. Tagle
United States District Judge

o.
mhrgddl.