56

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MICHAEL ALEX, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-49 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
| | § | |
| Defendant. | § | |

## JUDGMENT

BE IT REMEMBERED that on June 5, 2000, the Court granted a motion to dismiss. The Court having granted this motion and a previous motion for summary judgment, it is ORDERED that Plaintiff Michael Alex take NOTHING from Defendant BISD, and all claims against Defendant are DISMISSED with prejudice. This case is closed.

DONE at Brownsville, Texas, this _____5_____ day of June 2000.

_____
Hilda G. Tagle
United States District Judge