57

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MICHAEL ALEX, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. B-98-49 |
| | § |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, | § |
| | § |
| Defendant. | § |

## ORDER

BE IT REMEMBERED that on June 5, 2000, the Court GRANTED Plaintiff's unopposed motion to dismiss with prejudice (Dkt. No. 55).

DONE at Brownsville, Texas, this __5__ day of June 2000.

Hilda G. Tagle
United States District Judge